# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2013

146902

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

KEVIN CORTEZ HOWELL,
          Defendant-Appellant.

SC: 146902
COA: 304322
Wayne CC: 10-013293-FC

_____/

       On order of the Court, the application for leave to appeal the January 31, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2013



p0617

Clerk